**REBER v. BOOTH**

[335 N.C. 170 (1993)]

MYRA JOYCE P. REBER, Administratrix of the Estate of April Love Reber, Deceased v. EDNA WINDOM BOOTH and JACK C. BOOTH, JR.

No. 80A93

(Filed 5 November 1993)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 108 N.C. App. 731, 425 S.E.2d 450 (1993), affirming judgment in favor of defendants entered by Grant, J., at the 6 May 1991 Civil Session of Superior Court, Dare County. Plaintiff's petition for discretionary review as to additional issues was denied by this Court 6 May 1993. Heard in the Supreme Court 15 October 1993.

*Twiford, Morrison, O'Neal & Vincent, by Branch W. Vincent, III, for plaintiff-appellant.*

*Baker, Jenkins, Jones & Daly, P.A., by Ronald G. Baker and Roger A. Askew, for defendant-appellees.*

PER CURIAM.

For the reasons stated by Judge Wells in his dissenting opinion, the decision of the Court of Appeals is reversed, and this case is remanded to that court for remand to the Superior Court, Dare County, for further proceedings not inconsistent with this opinion.

REVERSED AND REMANDED.